# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CARL EDWARD PURYEAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 5:12-cv-02994-KOB-JEO |
| | ) | |
| J.C. GILES, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Petitioner Carl Edward Puryear is an Alabama state prisoner serving a 30-year sentence imposed following his conviction in Lawrence County Circuit Court. The magistrate judge entered a report recommending that the court deny the petition to afford Puryear an opportunity to exhaust his state remedies. (Doc. 8). Neither party has filed any objections.

Having carefully reviewed and considered de novo all the materials in the file, including the Report and Recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds that the petition for writ of habeas corpus is due to be DISMISSED WITHOUT PREJUDICE. The court will enter a separate, final Order.

DONE and ORDERED this 25th day of January, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE